UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| BOARD OF TRUSTEES, | No. C 09-1812-SC (NJV) |
| Plaintiff, | ORDER SETTING JUDGMENT DEBTOR EXAM  (Doc. No. 22) |
| v. | |
| ROYCE PETERSON ROOFING, INC., | |
| Defendant. | |

On February 2, 2011, District Judge Conti referred this matter to the undersigned for a judgment debtor examination.  Accordingly, a judgment debtor examination is HEREBY SET for Wednesday, March 23, 2011, at 2:00 p.m. in Courtroom D of the United States Courthouse at 450 Golden Gate Avenue, San Francisco.  No later than twenty-one days before the examination, Plaintiff shall file a proposed list of materials to be produced by Defendant at the examination.

Plaintiff is directed to serve a copy of this order on Defendant.

IT IS SO ORDERED.

Dated: February 16, 2011.

NANDOR J. VADAS
United States Magistrate Judge