UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| BOARD OF TRUSTEES, | No. C 09-1812-SC (NJV) |
| Plaintiff, | ORDER VACATING JUDGMENT DEBTOR EXAM  (Doc. No. 22) |
| v. | |
| ROYCE PETERSON ROOFING, INC., | |
| Defendant. | |

On February 2, 2011, District Judge Conti referred this matter to the undersigned for a judgment debtor examination. Accordingly, a judgment debtor examination was set for April 22, 2011. On April 15, 2011, the Court received a communication from Michael Joseph Carroll, Counsel for Plaintiff. Mr. Carroll informed the Court that the matter has been resolved, through meeting with Defendant at Defendant's place of business. Accordingly, the debtor's examination set for April 22, 2011, is HEREBY VACATED. Plaintiff is directed to serve a copy of this order on Defendant.

IT IS SO ORDERED.

Dated: April 15, 2011.

NANDOR J. VADAS
United States Magistrate Judge